UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

ALDER CRUZ,

    *Plaintiff*,

v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

    *Defendants*.

No. 19-cv-2727 (DLF)

## ORDER

Before the Court are plaintiff Alder Cruz's motion for a preliminary injunction, Dkt. 5, and the defendants' motion to transfer this case to the United States District Court for the Western District of Texas, Dkt. 8. Consistent with the Court's bench ruling at the hearing held on November 21, 2019, it is

**ORDERED** that the Motion to Transfer, Dkt. 8, is **DENIED**; and it is further

**ORDERED** that the Motion for a Preliminary Injunction, Dkt. 5, is **DENIED**.

_____
DABNEY L. FRIEDRICH
United States District Judge

November 21, 2019